COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-431-CV

IN RE DAVID MICHAEL SHEID RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that the petition is moot because the trial court granted relator’s bill of review in the underlying proceeding.  Accordingly, relator’s petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  MCCOY, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  January 20, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.